NO. 07-12-0063-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 23, 2012
_____

RK FINANCIAL GROUP, L.P.,

Appellant

V.

ALLSTATE SECURITY INDUSTRIES,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

NO. 97-110-1; HON. W.F. "CORKY" ROBERTS, PRESIDING
_____

**ORDER OF ABATEMENT**
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

RK Financial Group, L.P. (appellant) appeals the trial court's summary judgment order. This court has received notice from appellant's counsel that appellant has filed a voluntary petition as debtor under the United States Bankruptcy Code. Said notice included a faxed file-marked document from the United States Bankruptcy Court, Northern District of Texas, Dallas Division. Pursuant to 11 U.S.C. §362, any further action in this appeal is automatically stayed.

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this court and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted or that the court may otherwise proceed with the disposition of the cause.

Accordingly, the appeal is abated.


Per Curiam